IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 04-cv-01235-WYD

JASON ALAN CAPPELLI,

    Applicant,

v.

JOE ORTIZ, Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

Applicant Jason Alan Cappelli is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Four Mile Correctional Center in Cañon City, Colorado. Mr. Cappelli has filed through counsel an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (1994 & Supp. 2005). Respondents have filed an answer.

I find that the state court record may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct the respondents to provide this Court with a full and complete record. Respondents must include transcripts and pleadings filed in both the trial court and the appellate courts, on direct appeal and in postconviction proceedings, in Case No. 99CR1378. Accordingly, it is

ORDERED that the respondents shall provide to this Court **within twenty (20)**

**days from the date of this order** the record of the state court proceedings, as described in this order, in Case No. 99CR1378. It is

FURTHER ORDERED that the clerk's office of the Jefferson County District Court and the Colorado State Archives produce the records as described in this order that are in their possession, and provide the records to counsel for the respondents in this case for filing with this Court.

Dated: November 21, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge