IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 04-cv-01235-WYD

JASON ALAN CAPPELLI,

    Applicant,

v.

JOE ORTIZ, Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Respondents' unopposed Motion for Leave to Submit Copies of Original State Court Record for Use in Applicant's 28 U.S.C. § 2254 Federal Habeas Corpus Case, filed December 9, 2005, is **GRANTED**.

    Dated:  December 9, 2005

                                        s/ Michelle M. Merz
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U. S. District Judge