

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 8 2010

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 04-cv-01235-WYD

Jason Alan Cappelli,

    Plaintiff(s),

vs.

Joe Ortiz, Executive Director of the D.O.C., et al.,
    Defendant(s).

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __5th__ day of __March, 2010__,

BY THE COURT:

S/Wiley Y. Daniel
Wiley Y. Daniel
U.S. District Judge



CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on   March 8, 2010  .

Paul Koehler
Colorado Department of Law
(Record to be picked up)

Jefferson County Court
Jefferson County Court & Administrative Facility
100 Jefferson County Parkway
Golden, Colorado 80401

                                               S/ Joseph O'Hara
                                               Joe O'Hara
                                               Deputy Clerk